FILED
CHARLOTTE, N.C.

JAN 26 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:09CR1-RJC

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | |
| ALI AHMAD ELZEIN, ) | |
| ) | |
| Defendant. ) | |

BASED UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 371, 18 U.S.C. § 981(a)(1)(c), 18 U.S.C. § 2320, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c):

> **Numerous items of counterfeit clothing seized on or about May 22, 2008, including but not limited to:**
>
> **4 Pairs Counterfeit Nike Air Force Shoes;**
> **16 Pairs Counterfeit Nike Air Force Shoes;**
> **16 Pairs Counterfeit Nike Air Force 1 Shoes;**
> **16 Pairs Counterfeit Nike Air Force 25 Shoes;**
> **16 Pairs Counterfeit Nike Air Force 1 Shoes;**
> **101 Counterfeit Coogi Jeans;**
> **200 Counterfeit Coogi Shirts;**
> **66 Counterfeit Coogi T-Shirts;**
> **220 Counterfeit Coogi Shorts;**
> **81 Counterfeit Ed Hardy Jeans;**
> **185 Counterfeit Ed Hardy T-Shirts;**
> **30 Counterfeit Artful Dodger Jeans;**
> **17 Counterfeit Miskeen Jeans;**
> **14 Counterfeit Bape Sweatshirts;**
> **16 Counterfeit Akademick Jeans;**
> **6 Counterfeit True Religion Jeans;**

15 Counterfeit Evisu Shirts;
6 Counterfeit LRG Jeans;
6 Counterfeit True Jeans Shirts;
5 Counterfeit Gino Green Global Sweatshirts;
19 Pairs Counterfeit Nike Air Jordan Shoes;
32 Pairs Counterfeit Nike Air Force 1 Shoes;
47 Counterfeit NBA Jerseys;
1 Counterfeit True Religion Shirt;
4 Counterfeit Akademiks Jeans;
5 Counterfeit Ed Hardy Shirts;
3 Counterfeit Coogi Shirts;
2 Counterfeit Evisu Shirts;
14 Counterfeit Gucci Handbags;
112 Pairs Counterfeit Nike Air Jordan Shoes;
10 Pairs Counterfeit Prada Shoes;
146 Pairs Counterfeit Nike Air Force 1 Shoes;
3 Pairs Counterfeit Nike Air Jordan Shoes;
4 Counterfeit Ed Hardy Jeans;
1 Counterfeit Roca Wear Shirt;
2 Counterfeit MLB Hats;
2 Pairs Counterfeit Nike Air Jordan Shoes;
1 Counterfeit Evisu Shirt;
1 Counterfeit NBA Jersey;
1 Counterfeit Chanel Handbag;
2 Counterfeit Coach Bags;
4 Counterfeit Dolce & Gabbana Handbags;
326 Pairs Counterfeit Nike Air Jordan Shoes;
591 Pairs Counterfeit Nike Air Force 1 Shoes;
9 Pairs Counterfeit Timberland Boots;
14 Counterfeit D&G Pocketbooks;
46 Counterfeit Coach Bags;
6 Counterfeit Bape Sweatshirts;
12 Counterfeit Coogi Jeans;
8 Counterfeit LRG Jeans;
17 Counterfeit Coogi Shirts;
10 Counterfeit LRG Shirts;
58 Pairs Counterfeit Nike Air Force 1 Shoes;
66 Pairs Counterfeit Nike Air Jordan Shoes;
7 Counterfeit True Religion Jeans;
11 Counterfeit Coogi Shorts;
12 Counterfeit NBA Jerseys;
22 Counterfeit NBA Hats;
7 Counterfeit Roca Wear Shirts;
9 Counterfeit Evisu Jeans;
20 Counterfeit Ed Hardy Jeans;

        **1136 Pairs Counterfeit Nike Air Jordan Shoes;**
        **96 Pairs Counterfeit Nike Air Jordan Shoes;**
        **1568 Pairs Counterfeit Nike Air Force 1 Shoes;**
        **20 Pairs Counterfeit Nike Air Force 1 Shoes;**
        **9 Pairs Counterfeit Nike Air Force 1 Shoes;**
        **57 Counterfeit Designer Jeans;**
        **4 Pairs Counterfeit Nike Shoes;**
        **16 Pairs Counterfeit Nike Air Jordan Shoes;**
        **1 Counterfeit Artful Dodger Jeans;**
        **1 Counterfeit LRG Jeans;**
        **2 Pairs Counterfeit Nike Air Force Shoes;**
        **112 Pairs Counterfeit Nike Air Force 1 Shoes;**
        **16 Pairs Counterfeit Nike Air Force 1 Shoes;**
        **96 Pairs Counterfeit Nike Air Jordan Shoes;**
        **12 Counterfeit Coogi Shorts; and**
        **36 Counterfeit Artful Dodgers Shorts.**

2. The Immigration and Customs Enforcement and/or other property custodian for the investigative agency took possession of the above-described tangible property on May 22, 2008 and will maintain custody of the property;

3. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the forfeited property, and shall publish notice of this forfeiture as required by law;

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest; and

5. Following the Court's disposition of all timely petitions filed, a Final Order of Forfeiture shall be entered as to the specifically identified assets above. If no third party files a timely petition, this Order shall become the Final Order and Judgment of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 371, 18 U.S.C. § 981(a)(1)(c), 18 U.S.C. § 2320, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

_____
BENJAMIN BAIN-CREED, ESQ.
Special Assistant United States Attorney

_____
ALI AHMAD ELZEIN
Defendant

_____
CHRISTOPHER CONNELLY, ESQ.
Attorney for Defendant

Signed this the 26 day of JAN, 2009.

So ORDERED.

_____
Carl Horn, III
UNITED STATES MAGISTRATE JUDGE